IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 22-258 (BAH) |
| | ) | |
| KIYON BOYD | ) | |
|     Defendant | ) | |

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

COMES NOW the Defendant, KIYON BOYD, by and through counsel, Dwight E. Crawley, and respectfully requests this Court impose a sentence of 60 months. In support of his position, the defendant offers the following:

**I.**   **The Nature and Circumstances of the Offense**

The Defendant incorporates by reference the facts and circumstances proffered by the United States on April 7, 2023, concerning the defendant's role in the offense.

**II.**   **History and Characteristics of the Defendant**

The defendant was raised primarily by his grandmother and mother. His father was often incarcerated, and his mother abused drugs and suffered from mental illness. According to the defendant he was raised in a tough neighborhood and experienced tough love.

The defendant was a very highly recruited basketball player in high school; however, his career was cut short due to injuries as well as personal choices that led to his incarceration in the past. His lack of guidance and limited parental involvement may have played a significant role in his poor decision making.

**III.     The Sentencing Guidelines Range**

The guidelines in this case are 57-71 months.  The defendant does not object to the guideline's calculation.

**A.     Acceptance of Responsibility**

By pleading guilty, the defendant accepted full responsibility for his conduct.

**IV.     Other 3553(a) Factors**

 The guideline range in this case calls for a term of incarceration of 57-71 months.  A term of incarceration of 60 months falls within the guidelines.  It punishes the defendant for his role in the instant offense, takes into consideration his prior criminal history, promotes respect for the law and does not promote unwarranted disparity between similarly situated defendants.

As this court is aware, the defendant admitted to conspiring to distribute narcotics as well as distribution of narcotics.  He recognizes the serious nature of these charges and has vowed to make better decisions in the future.  He has expressed great remorse for his actions.

Mr. Boyd was not a major drug dealer and nothing about his lifestyle suggests he made a significant living from his activities.  However, his conduct did serve to put people in his community at risk and he recognizes that his behavior must be punished.

## CONCLUSION

A term of incarceration of 60 months serves the ends of justice.  It sufficiently punishes the defendant for his conduct in this case.

Respectfully submitted

KIYON BOYD

/s/
_____
Dwight E. Crawley

                                           DC Bar# 472672
                                           Counsel for the defendant
                                           Law Office of Dwight E. Crawley
                                           1300 I. Street, NW
                                           Suite 400E
                                           Washington, DC 20005
                                           (202) 580-9794 Phone
                                           (888) 804-1806 Fax
                                           vadclawyer@gmail.com

## CERTIFICATE

      I hereby certify that on the 16th day of June 2023, I electronically filed this document through the court's ECF system.

                                                         /s/
                                            _____
                                            Dwight E. Crawley