IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 22-cr-258-BAH |
| DANIEL JAHLEEL THOMAS | * |
| | * |
| Defendant. | * |

### MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO WITHDRAW PLEA OF GUILTY

The Defendant, Daniel Jahleel Thomas, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Withdraw Previously Filed Motion to Withdraw Plea of Guilty. In support of this Motion, counsel states as follows:

1.  On August 17, 2023, Mr. Thomas filed a Motion to Withdraw Plea of Guilty. (ECF No. 67.) On August 28, 2023, the Government filed its Opposition. (ECF No. 70.) On October 19, 2023, Mr. Thomas filed a Reply in support of his Motion to Withdraw Plea of Guilty. (ECF No. 74.) On November 1, 2023, the parties appeared before the Court for a status conference on Mr. Thomas' Motion to Withdraw Plea of Guilty. At the conclusion of the hearing, the Court ordered the parties to confer and submit by November 9, 2023 a status report addressing, among other issues, whether Mr. Thomas intends to proceed with his Motion to Withdraw Plea of Guilty.

1

2. At this time, Mr. Thomas respectfully requests that this Court permit him to withdraw his previously filed Motion to Withdraw Plea of Guilty. After the status conference, the undersigned counsel conferred with counsel for the Government. The undersigned counsel have also conferred with Mr. Thomas. Mr. Thomas has directed the undersigned counsel to file this Motion to Withdraw his previously filed Motion to Withdraw Plea of Guilty.

3. Mr. Thomas respectfully requests that this Court direct the preparation of a presentence investigation report and schedule a date for a sentencing hearing in this matter.

4. Given counsel's trial calendar, the undersigned respectfully request that the Court's courtroom deputy clerk clear a sentencing date with the parties.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court permit him to withdraw his previously filed Motion to Withdraw Plea of Guilty and schedule a sentencing hearing in this matter.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor